**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| SECOND ZION BAPTIST CHURCH | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 07-9431 |
| | * | |
| VERSUS | * | |
| | * | |
| MARKEL INTERNATIONAL | * | |
| INSURANCE COMPANY, LTD. | * | |
| | * | SECTION: "C" (5) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

**CONSIDERING** the foregoing Joint Motion to Remand,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be and the same is hereby remanded to the Civil District Court for the Parish of Orleans, State of Louisiana for all further proceedings.

NEW ORLEANS, LOUISIANA, this 10th day of January, 2008.

_____
**JUDGE**